FILED BY KS D.C.

Feb 17, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **22-20057-CR-ALTMAN/REID**

18 U.S.C. § 1343
18 U.S.C. § 981(a)(1)(C)

UNITED STATES OF AMERICA

vs.

MARY WICKERSHAM,
    a/k/a "Mary Sullivan,"
    a/k/a "Mary Harvey,"

    Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

## GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1. The Miss Florida Scholarship Program, Inc., was an annual beauty pageant and scholarship program that allows participants and winners to earn money to further their education.

2. The Everglades Foundation, Inc. was a not-for-profit corporation that works to protect and restore the Florida Everglades.

3. The Children's Miracle Network ("CMN") was a not-for-profit corporation that raises monies to support children's hospitals across the United States.

4. Ann Marie's Boutique was a small business located in Homestead, Florida that was a sponsor of and contributor towards the Miss Florida Scholarship Program, Inc.

5. L.R. is a former Miss Florida pageant winner who subsequently made financial contributions in support of scholarships for the Miss Florida Scholarship Program, Inc.

6. Defendant **MARY WICKERSHAM, a/k/a "Mary Sullivan," a/k/a "Mary Harvey,"** was a resident of Miami-Dade County.

7. Defendant **MARY WICKERSHAM** opened "Miss Florida LLC" as a corporation organized under the laws of the State of Florida. Its principal place of business was listed as 6800 Bird Road, #351, Miami, Florida, 33155.

## COUNTS 1-7
## Wire Fraud
## (18 U.S.C. § 1343)

1. Paragraphs 1 through 7 of the General Allegations Section of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

2. From in or around December 2011, through in or around June 2018, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**MARY WICKERSHAM,**
**a/k/a "Mary Sullivan,"**
**a/k/a "Mary Harvey,"**

did knowingly, with the intent to defraud, devise, and intend to devise, a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that the pretenses, representations, and promises were false and fraudulent when made, and, for the purpose for executing the scheme and artifice to defraud, did knowingly transmit and cause to be transmitted, by means of wire communication in interstate and foreign commerce, certain writings, signs, signals, pictures, and sounds, in violation of Title 18, United States Code, Section 1343.

## PURPOSE OF THE SCHEME AND ARTIFICE

1. It was the purpose of the scheme and artifice for **MARY WICKERSHAM** to

unlawfully enrich herself by fraudulently misappropriating donations intended for the Miss Florida Scholarship Program, Inc., by depositing those donations into an account she controlled for her personal use and benefit.

## **SCHEME AND ARTIFICE**

The manner and means by which **MARY WICKERSHAM** sought to accomplish the purpose and object of the scheme and artifice included, among other things, the following:

2. **MARY WICKERSHAM** served as the Executive Director of the Miss Florida Scholarship Program, Inc. ("Miss Florida Scholarship Program") and was privy to Miss Florida's proprietary financial, sponsor, and donor information.

3. **MARY WICKERSHAM** carried out her duties as Executive Director on a volunteer basis, but she could seek reimbursement for pageant-related expenses if any were incurred.

4. In or around December 2011, **MARY WICKERSHAM** formed a sham Florida corporation named "Miss Florida LLC." "Miss Florida LLC" was not affiliated with Miss Florida Scholarship Program and was opened without the knowledge or authorization of the Miss Florida Scholarship Program Board of Directors.

5. On or about December 22, 2011, **MARY WICKERSHAM** then used the sham entity to open a bank account at Bank of America without the knowledge or authorization of the Miss Florida Scholarship Program Board of Directors.

6. **MARY WICKERSHAM** used her position as Executive Director to solicit donations and contributions from Miss Florida Scholarship Program's reoccurring business sponsors and donors.

3

7. **MARY WICKERSHAM** also solicited contributions from individuals, including L.R., under the guise that the donations would be used to fund scholarships.

8. **MARY WICKERSHAM** altered checks and money orders that were made payable to the Children's Miracle Network by adding "Miss Florida Pageant" by hand on the payee line of each check and money order. These funds intended for the Children's Miracle Network were then deposited into the "Miss Florida LLC" account controlled and used by **WICKERSHAM** for her personal expenses. By doing so, **WICKERSHAM** represented to Bank of America that she was authorized to deposit those checks when in fact she was not.

9. **MARY WICKERSHAM** used the monies stolen from the Miss Florida Scholarship Program to pay for her utilities, personal shopping, maid cleaning service, purchase home goods, online dating fees, dining out, and various other personal expenses.

## USE OF WIRES

On or about the dates specified as to each count below, in Miami-Dade County, in the Southern District of Florida, and elsewhere, **MARY WICKERSHAM, a/k/a "Mary Sullivan," a/k/a "Mary Harvey,"** for the purpose of executing and in furtherance of the aforesaid scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that the pretenses, representations, and promises were false and fraudulent when made, did knowingly transmit and cause to be transmitted in interstate commerce, by means of wire communication, certain writings, signs, signals, pictures, and sounds, as specified in each count below:

| Count | Date | Description of Wire |
|---|---|---|
| 1 | June 16, 2017 | Deposit of a stolen and altered check, number 0441415673, in the approximate amount of $420, intended for the Children's |

|   |   | |
|---|---|---|
|   |   | Miracle Network, into the Miss Florida LLC, Bank of America Account, causing an interstate wire transmission from the Southern District of Florida to Georgia. |
| 2 | June 26, 2017 | Deposit of a stolen and altered check, number 409656, in the approximate amount of $150, intended for the Children's Miracle Network, into the Miss Florida LLC Bank of America Account, causing an interstate wire transmission from the Southern District of Florida to Georgia. |
| 3 | June 28, 2017 | Deposit of a stolen and altered money order, number 17-596405256, in the approximate amount of $100, intended for the Children's Miracle Network, into the Miss Florida LLC Bank of America Account, causing an interstate wire transmission from the Southern District of Florida to Georgia. |
| 4 | June 29, 2017 | Deposit of a stolen and altered money order, number 2102997550, in the approximate amount of $48, intended for the Children's Miracle Network, into the Miss Florida LLC Bank of America Account, causing an interstate wire transmission from the Southern District of Florida to Georgia. |
| 5 | August 17, 2017 | Deposit of a stolen check, number 6479, in the approximate amount of $500, from an account in the name of Ann Marie's Boutique, Inc. into the Miss Florida LLC, Bank of America Account, causing an interstate wire transmission from the Southern District of Florida to Georgia. |
| 6 | September 27, 2017 | Deposit of a stolen check, number 10230, in the approximate amount of $7,500, from an account in the name of The Everglades Foundation, Inc. into the Miss Florida LLC, Bank of America Account, causing an interstate wire transmission from the Southern District of Florida to Georgia. |
| 7 | May 25, 2018 | Deposit of a stolen check, number 6781, in the approximate amount of $485, from an account in the name of Ann Marie's Boutique, Inc. into the Miss Florida LLC, Bank of America Account, causing an interstate wire transmission from the Southern District of Florida to Georgia. |

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **MARY WICKERSHAM, a/k/a "Mary Sullivan," a/k/a "Mary Harvey,"** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1343, as alleged in this Indictment, the defendant shall forfeit to the United States of America any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____   _____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
YARA LORENZO KLUKAS
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

MARY WICKERSHAM,
    a/k/a "Mary Sullivan,"
    a/k/a "Mary Harvey,"
          **Defendant.**                    /

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)
- [✓] Miami  [ ] Key West  [ ] FTL
- [ ] WPB    [ ] FTP

New defendant(s)  [ ] Yes  [ ] No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)  No
   List language and/or dialect _____

4. This case will take __6__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days       [ ]
   - II   6 to 10 days      [✓]
   - III  11 to 20 days     [ ]
   - IV   21 to 60 days     [ ]
   - V    61 days and over  [ ]

   (Check only one)
   - Petty        [ ]
   - Minor        [ ]
   - Misdemeanor  [ ]
   - Felony       [✓]

6. Has this case previously been filed in this District Court? (Yes or No)  No
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) _____
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) _____

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No)  No

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? (Yes or No)  No

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No)  No

*signature: Yara L. Klukas*
Yara L. Klukas
Assistant United States Attorney
FLA Bar No.        73101

*Penalty Sheet(s) attached                                                                                      REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** MARY WICKERSHAM, a/k/a "Mary Sullivan," a/k/a "Mary Harvey"

**Case No:** _____

Counts #: 1-7

Wire Fraud

Title 18, United States Code, Section 1343

**\*Max. Penalty:** Twenty (20) years' imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**