# MINUTE ORDER

Page 2

## Magistrate Judge Chris M. McAliley

Atkins Building Courthouse - 6th Floor          Date: 2/22/2022   Time: 1:30 p.m.

Defendant: MARY WICKERSHAM      J#: 87233-509   Case #: 22-CR-20057-ALTMAN (SEALED)
AUSA: Yara Klukas         Attorney: Adam Franzen (PERM)
Violation: WIRE FRAUD          Surr/Arrest Date: 2/22/2022   YOB: 1945

Proceeding: Initial Appearance          CJA Appt:
Bond/PTD Held: ☐ Yes  ☒ No    Recommended Bond:
Bond Set at: 100k PSB - Stip          Co-signed by: Kurt Wickersham

☒ Surrender and/or do not obtain passports/travel docs     Language: English

☒ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person

☐ Random urine testing by Pretrial Services
   Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☒ No firearms

☒ Not to encumber property

☒ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☒ Other: Def must report to PTS upon release.

Disposition:
- Def consents to VTC
- Def advised of rights & charges.
- Case ordered unsealed.
- Notice of Permanent by COB
- 100 K PSB - Stip.

Brady warning given
Time from today to ____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing: 2/28/22 @ 10 AM
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 13:41:09 / 13:56:59          Time in Court: 72 mins
            s/Chris M. McAliley          Magistrate Judge